O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-8523 AHM (RZx) | Date | October 20, 2009 |
|---|---|---|---|
| Title | REGINALD JEROME TISDALE  v. CITY OF LOS ANGELES, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:               Attorneys **NOT** Present for Defendants:

**Proceedings:**         IN CHAMBERS (No Proceedings Held)

On October 15, 2009, Plaintiff filed an *ex parte* application for leave to conduct discovery from third-party County of Los Angeles ("County") after the discovery cutoff date.  Plaintiff alleges that he was unaware that the County had highly relevant discovery until September 22, 2009, when Defendant City of Los Angeles ("City") informed Plaintiff that it neglected to produce a document under its Rule 26 obligations and that the City would subpoena the County for a copy of that document.  Defendant City has not filed any response to Plaintiff's *ex parte* application.  "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  Local Rule 7-12.  Moreover, on its face the motion appears to be meritorious.  Given that the City has not opposed Plaintiff's *ex parte* application, the Court ORDERS that Plaintiff may seek to compel document production, after the discovery cutoff date, only of the items specified in the *ex parte* application.

|  | : |  |
|---|---|---|
| | Initials of Preparer | SMO |