JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| REGINALD JEROME TISDALE, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF LOS ANGELES, a public municipality; GREYHOUND LINES, INC., a corporation, inclusive, <br><br> Defendants. | Case No. 2:08-CV-08523-AHM (RZ) <br><br> **ORDER GRANTING JOINT STIPULATION OF DISMISSAL OF DEFENDANT CITY OF LOS ANGELES** <br><br> JUDGE:  HON. A. HOWARD MATZ <br><br> Courtroom: 14 |

**WHEREAS,** Plaintiff and Defendant City of Los Angeles have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action against the City of Los Angeles, and after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby **ORDERED** that:

/ / /

COOLEY GODWARD
KRONISH LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

ORDER GRANTING STIPULATION OF DISMISSAL
OF CITY OF LOS ANGELES

1.   All claims asserted by Plaintiff against Defendant City of Los Angeles are dismissed with prejudice.

2.   Each of the parties to this Stipulation shall bear its own costs, expenses and attorneys' fees associated with the prosecution and defense of this Action.

**IT IS SO ORDERED**.

Dated:   November 06, 2009

_____
HON. A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE

**JS-6**